July 31, 2015

03-06-00232-CR

Mr. Jeffrey Kyle, Clerk
3rd COA
209 W. 14th St. Rm 101
Austin, TX 78701

RECEIVED
AUG 0 7 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Dear Mr. Kyle,

I am in need of a master index, and a copy of the appeal you have on file.

My case from Travis County is 3041561 State v. Rhonda Glover #167th Court, Judge Mike Lynch Sentenced on 2/23/06. My direct appeal was filed by Richard Wetzel. JD.

Thank you—
Rhonda Glover
1355639

ADDRESS:
1916 N. Hwy 36 BP
GATESVILLE, TX 76596



Slover 13552635
1916 N. Hwy 36 BP
Gatesville, TX 76596

AUSTIN TX 787
RIO GRANDE DISTRICT
04 AUG 2015 PM 4 L

Jeffrey Kyle, Clerk
Third Court of Appeals
209 W. 14th St. Rm 101
Austin,